PETITION FOR WRIT OF HABEAS CO... U S: 28 USC §..54 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

United States Courts
Southern District of Texas
**FILED**

JAN 23 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF TEXAS

_____ DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

JIMMY LANCE RANDON

[redacted]

HCSO • SHERIFF & MHMRA AGENCYS
WILLING WORKER CLUB • (CARE HOME)
WHEN I GROW UP CENTER

CURRENT PLACE OF CONFINEMENT

vs. SPACE CITY POLICE U.S.A.
(1) THE HOUSTON POLICE DEPARTMENT
1200 TRAVIS / HOUSTON TEXAS 77002
(2) MHMRA / HARRIS CENTER & IAD
9401 SOUTHWEST FREEWAY
RESPONDENT 4650 DECOMA / HOUSTON TX.
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

HCSO • SHERIFF'S JAIL #00856382
T.D.C. UNITS #1227271
PRISONER ID NUMBER

CIVIL CASE # THE CIVIL COURT
201 CAROLINE DR.
CASE NUMBER
(Supplied by the District Court Clerk)

---

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

✱ JIMMY LANGE RANDON

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

THE HOME ARREST START back IN the YEAR of 1988
HCSO; SHERIFF Jail #00856382

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was ARRESTED at (HOME) ⓐ H.P.D. Police filed LIE'S CRIMES, the officer's KNOW I did NOT Committ..!!!
ⓑ I was beat up many time over the YEAR'S,
ⓒ this CASE (my) house was Total cut with (FIRE) ⓐ ALL my VOULT POSSESSION/PROPERY was taken !!! ⓐ Still IN the County Jail 3 YEARS ⓐ 10 mo's !!! Attorney for the STATE of TEXAS and DEFENdANT

V. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Half my THEETH MISSING (EXTRATION) Hygene Reasons (ECT)
② INJECTION ⓐ PILL'S / SIDE EFFECTS.!!! MHMRA; PSYCHIATRIST STAF

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Out of PROFESSIONAL SPORTS TROINING $250,000.⁰⁰ a YEAR / 11 SEASONS
② TAKEN off the JOB (Employer's) INC. & GROCERY STORE MANAGERMET
③ 35 YEAR's of JAIL / PRISON /⊙ Hospital INCARCEROTION. NO CRIME!
④ RESTITUTION) ALL my POSSESSION; PERSONAL PROPERTY; Valuables = BESINESS CARDS / REAL ESTATE / ⓐ PRIMARY (HOME) bURN up by FIRE!
bECAUSE of
⊙ THE HOUSTON POLICE (OFFICERS) H.P.D.
THE HARRIS County Authoritys ⊙ EXEMPT PERSONNAL

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

① THE HOUSTON POLICE DEPARTMENT (IAD) INTERNAL AFFAIRS
② HCSO - SHERIFF JAIL / GRIEVANCE BOARD (COMPUTER)
③ STATE BAR of TEXAS

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

MAIL CORRESPONDENCE and IN-PERSON

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

  4. Have the sanctions been lifted or otherwise satisfied?   ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____

  2. Case number: _____

  3. Approximate date warning was issued: _____

Executed on: **JAN. 17/2023**
   DATE

           **Jimmy Lance Randon**
           _____
           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___**17**___ day of ___**January**___, 20 **23**.
    (Day)      (month)     (year)

           **Jimmy Lance Randon**
           _____
           (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

▽ STATE APPOINTED ⚭
MRS NEELA LAMBERT
_____
Signature of Attorney (if any)
1201 FRANKLIN
HOUSTON TEXAS 77002
— THE JUSTICE CENTER —
— THE CIVIL COURTHOUSE —

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on
201 CAROLINE AVE.
HOUSTON, TEXAS
(month, day, year).

Executed (signed) on JANUARY 17/2023 (date).

(Jimmy Lance Randon)
SIGNATURE   JIMMY LANCE RANDON   01/17/2023
_____
Signature of Petitioner (required)

Petitioner's current address:  ⓪ MHMRA / ⓐ HARRIS CENTER ⭑ IDD
THE WILLING WORKER Club
11615 DOVER ST.
HOUSTON TEXAS 77031

ⓑ WHEN I GROW UP CENTER
5331 OREM / ⓒ South Post Oak Blv.
HOUSTON TEXAS 77045

ⓒ HARRIS County JAIL SHERIFF'S OFFICE #00856382
1200 BAKER ST.
HOUSTON TEXAS 77002 ⭑ MENTAL HEALTH UNIT ⭑