United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY LANCE RANDON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-0279 |
| | § | |
| HOUSTON POLICE DEPT., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff, who is not a prisoner, filed a *pro se* complaint under section 42 U.S.C. § 1983 alleging violations of his constitutional rights. The Court ordered plaintiff to pay the filing fee or file a properly-supported application to proceed *in forma pauperis* by March 15, 2024. To-date, plaintiff has failed to pay the filing fee or move to proceed *in forma pauperis*.

This lawsuit is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee.

Signed at Houston, Texas, on this the 15th day of April, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE